IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENDRA BOOZER,

    Plaintiff,

v.                                              CASE NO. 1:08-cv-00146-MP -GRJ

TOWNE AIR FREIGHT LLC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 128, Joint Motion to Leave the Summary Judgment Record Open for an Additional 10 Days. The motion, which is unopposed, is granted. Defendant shall have until November 15, 2010, to reply to Plaintiff's response to Defendant's motion for summary judgment.

    **DONE AND ORDERED** this  _5th_  day of November, 2010

                                                 *s/Maurice M. Paul*
                                       Maurice M. Paul, Senior District Judge