IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENDRA BOOZER, as Personal
Representative of the Estate of JOHN
MARTIN BOOZER, Deceased,

    Plaintiff,

v.                                        CASE NO. 1:08-cv-00146-MP -GRJ

TOWNE AIR FREIGHT LLC,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 145, Joint Motion to Seal Document Confidential Settlement Related Documents. The motion, which is unopposed, is granted.

The Clerk shall file the Petition for Appointment of a Guardian ad Litem and the Plaintiff's and Defendant's Joint Motion for Approval of Settlement and Settlement Allocation on the CMECF system under seal. The Court will rule on the motions after they have been filed and referred to the Court by the Clerk.

**DONE AND ORDERED** this _9th_ day of March, 2011

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge