IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENDRA BOOZER,

     Plaintiff,

v.                                            CASE NO. 1:08-cv-00146-MP  -GRJ

TOWNE AIR FREIGHT LLC,

     Defendant.

_____/

## O R D E R

This matter is before the Court on an oral motion to discharge guardian ad litem.  On

April 4, 2011 the Court appointed Brent G. Siegel, Esq. as guardian ad litem to represent the

minors' interest in the settlement of this matter.  Mr. Siegel has completed his duties as guardian

ad litem, which include appearing before the Court at the settlement hearing.  The Court thanks

Mr. Siegel for his service and discharges him from any further duties as guardian ad litem.


**DONE AND ORDERED** this  *14th* day of April, 2011


      *s/Maurice M. Paul*

      Maurice M. Paul, Senior District Judge