IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENDRA BOOZER,

    Plaintiff,

v.                        CASE NO. 1:08-cv-00146-MP -GRJ

TOWNE AIR FREIGHT LLC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 152, a Sealed Order Approving Settlement. Pursuant to that settlement, the parties resolved all outstanding issues in this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The plaintiff's complaint is dismissed with prejudice and this case is closed.

2. The Court will retain jurisdiction for 60 days, however, to ensure that settlement is effected.

**DONE AND ORDERED** this _20th_ day of April, 2011

                        *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge